UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 3-96-021 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EARL A. LEE, )<br>)<br>Defendant, )<br>)<br>MIDSTATE PRINTING INC., )<br>)<br>Garnishee. ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about July 30, 2008, is hereby released.

Dated: August 6, 2008

s/Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court